IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NATHANIEL SANDERS, SR., Individually and as
Heir to the Estate of Nathaniel Sanders II, and
YULONDA SANDERS, Individually and as Heir
to the Estate of Nathaniel Sanders II,
                      Plaintiffs,

-vs-                                                  Case No. A-09-CA-426-SS

LEONARDO QUINTANA and THE CITY OF
AUSTIN,
                      Defendants.

FILED
2010 MAR 19 PM 3:28
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ORDER

BE IT REMEMBERED on this day the Court held a hearing in the above-styled cause, and the parties appeared through counsel. Before the Court were Plaintiffs' Opposed Motion to Compel the Internal Affairs File and KeyPoint Report [#14], and the responses and replies thereto, and Defendant Leonardo Quintana's Sealed Motion for Proscription of Extrajudicial Statements [#36], and Plaintiffs' response thereto. In commemoration of the oral orders issued at the hearing, the Court enters the following:

        IT IS ORDERED that Plaintiffs' Opposed Motion to Compel Internal Affairs File and KeyPoint Report [#14] is DISMISSED as moot, based on the representations of counsel for both sides that the parties have entered into an agreed protective order, which disposes of the need for the motion.

IT IS FURTHER ORDERED that Defendant Quintana's Sealed Motion for Proscription of Extrajudicial Statements [#36] is DISMISSED, as counsel represents it has been withdrawn. The Clerk is directed the motion shall remain SEALED.

SIGNED this the 19th day of March 2010.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE